**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO: 3:07-CV-307**

| | | | |
|---|---|---|---|
| **MARRINER IMPORT EXPERT, INC.,** | ) | | |
| **a Tennessee corporation,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | | |
| | ) | | |
| **v.** | ) | **O** | **RDER** |
| | ) | | |
| **PRECISION COMB WORKS, INC.,** | ) | | |
| **a North Carolina corporation,** | ) | | |
| | ) | | |
| **Defendant.** | ) | | |
| | ) | | |

IT IS HEREBY ORDERED that the Application for Admission *Pro Hac Vice* (Document #3) filed August 2, 2007 is hereby **GRANTED** and Michelle M. Wezner, Esq. and Gregory D. DeGrazia, Esq. hereby are admitted to practice *pro hac vice* in this matter in accordance with Local Rule 83.1(B).

In accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Ms. Wezner and Mr. DeGrazia paid the admission fee of One Hundred and no/100 Dollars ($100.00) to the Clerk of Court at the time of filing the associated Motion.

Signed: August 7, 2007

David C. Keesler
United States Magistrate Judge