**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL NO. 3:07-cv-00307-FDW**

| | | |
|---|---|---|
| **MARRINER IMPORT EXPORT, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **PRECISION COMB WORKS, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

THIS MATTER is before the Court *sua sponte* concerning the status of Plaintiff's case and Plaintiff's failure to prosecute its claims. On February 26, 2008, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute. (Doc. No. 6). The Court cautioned Plaintiff that its failure to respond by March 7, 2008, would subject this lawsuit to dismissal. Plaintiffs failed to respond, and the time for doing so has long expired.

IT IS, THEREFORE, ORDERED THAT pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Complaint is DISMISSED for failure to prosecute this action. The Clerk is DIRECTED to CLOSE THE CASE.

IT IS SO ORDERED.

Signed: April 15, 2008

Frank D. Whitney
United States District Judge