# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Marriner Import Export, Inc.,

    Plaintiff(s),

vs.

Precision Comb Works, Inc.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:07-cv-307

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 4/15/2008 Order.

Signed: April 15, 2008

_Frank G. Johns_

Frank G. Johns, Clerk
United States District Court